IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| AS AMERICAN AS DOUGHNUTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J.T. PATTON d.b.a. SPUDS DONUTS & MORE, *et al.*, <br><br> Defendants. | ORDER <br><br><br><br> Case No. 2:10-CV-1138 CW |

For the reasons stated on the record of the hearing held on this matter on August 4, 2011, Defendants' motion to dismiss certain claims (Dkt. No. 7) is GRANTED.

SO ORDERED this 4th day of August, 2011.

BY THE COURT:

_____
Clark Waddoups
United States District Judge