Alan L. Edwards (6086)
Scott C. Hilton (12554)
Richard B. Nordgren (12188)
KUNZLER NEEDHAM MASSEY & THORPE
8 East Broadway, Suite 600
Salt Lake City, Utah 84111
Telephone:  (801) 994-4646
Facsimile:  (801) 531-1929

*Attorneys for Consolidated Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MP-OTHA Corporation,<br><br>Consolidated Plaintiff,<br><br>v.<br><br>As American as Doughnuts, Inc.;<br>Douglas E. Bagley, d.b.a. Spudnuts; and<br>DOES 1-10,<br><br>Consolidated Defendants. | **MOTION TO DISMISS CONSOLIDATED DEFENDANTS FIRST AND SECOND COUNTERCLAIMS**<br><br>Case No. **2:10CV01138 CW**<br>(consolidated with<br>Case No. 2:11CV00241 CW)<br><br>District Judge: **Clark Waddoups**<br><br>Magistrate Judge: **Brooke C. Wells** |

Consolidated Plaintiff MP-OTHA Corporation moves to dismiss Consolidated Defendants' as American as Doughnuts, Inc., Douglas E. Bagley d.b.a. Spudnuts First and Second Counterclaims in the Answer to the First Supplemental Complaint for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).  This motion is accompanied by a supporting memorandum.

Date: <u>January 13, 2012</u>              By: <u>/s/ Alan L. Edwards</u>
                                          Alan L. Edwards
                                          Kunzler Needham Massey & Thorpe
                                          8 East Broadway, Suite 600
                                          Salt Lake City, UT 84111
                                          Phone: 801.994.4646