IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AS AMERICAN AS DOUGHNUTS, INC.,<br>          Plaintiff,<br><br>v.<br><br>MICHAEL J.T. PATTON; ERNEST MARKISICH; and ROGER GREAR, SR.,<br>          Defendants.<br><br>and<br><br>MP-OTHA CORPORATION,<br>          Consolidated Plaintiff,<br><br>v.<br><br>AS AMERICAN AS DOUGHNUTS, INC.; DOUGLAS E. BAGLEY, d/b/a SPUDNUTS; and DOES 1-10,<br>          Consolidated Defendants. | **ORDER GRANTING MOTION TO EXTEND TIME TO FILE AMENDED ANSWER AND COUNTERCLAIMS**<br><br>Case No. 2:10-cv-01138-CW-EJF<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Evelyn J. Furse |

Based upon Consolidated Defendants' motion for an order extending time (Dkt No. 127), and good cause appearing therefor,

IT IS HEREBY ORDERED, that the deadline for Consolidated Defendants to file their amended answer and counterclaims is extended through and including August 20, 2012.

Dated this 10th day of August 2012.

BY THE COURT:

_____
EVELYN J. FURSE
United States Magistrate Judge